IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No. 95-cr-00006-RPM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARWAN MUSA HJAZIN,

      Defendant.

_____

## ORDER TO DISMISS
_____

THIS MATTER coming before the Court upon motion of the government to dismiss the above-entitled case, and the Court having considered the same,

IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed.

SO ORDERED June 7th , 2013.

      s/ Richard P. Matsch
      _____
      JUDGE RICHARD P. MATSCH
      UNITED STATES DISTRICT COURT
      DISTRICT OF COLORADO